| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>NEWMAN, Jon O | 2. Court or Organization<br><br>U.S.C.A., Second Circuit | 3. Date of Report<br><br>03/25/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>450 Main Street<br>Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Corporator | Hartford Hospital |
| 2. Corporator | Institute of Living |
| 3. Elector | Hartford Atheneum |
| 4. Life Regent | University of Hartford |
| 5. Board Member | Connecticut Appleseed Foundation |
| 6. Chair | Friends of the Library of the Supreme Court of Israel, Inc. |
| 7. Board Member | Endowment Foundation of the Jewish Federation of Greater Hartford, Inc. |
| 8. Trustee | ██████████ Trust |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan. 8-26 | University of Hawaii, Law School Teaching | $ 14000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Waiver of annual dues | Hartford Club | $ 1666.5 |
| 2. | Partial reduction of annual dues | Tumble Brook Country Club | $ 4478.0 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS AND CASH: | | | | | | | | | |
| 2. Bank of America -- West Htfd. CT., Checking Acct. | A | Interest | L | T | | | | | |
| 3. Smith Barney, New Haven, CT., Money Market Acct. | D | Interest | N | T | | | | | |
| 4. ● People's Bank | A | Interest | J | T | | | | | |
| 5. ● Sovereign Bank | A | Interest | K | T | | | | | |
| 6. BONDS: | | | | | | | | | |
| 7. U.S. Treasury Bond 11.5 | E | Interest | M | T | | | | | |
| 8. Houma La. Transit '11 | C | Interest | L | T | | | | | |
| 9. Jeff. Par. La. Hosp. '09 | A | Interest | J | T | Call | 2/1 | J | | |
| 10. Lafayette La. Transit '11 | B | Interest | K | T | | | | | |
| 11. W. Monroe La. '10 | B | Interest | K | T | Call | 8/1 | J | | |
| 12. W. Monroe La. '11 | A | Interest | J | T | | | | | |
| 13. Rapides Par. La. '10 | A | Interest | J | T | | | | | |
| 14. CT Health '12 6.5 | C | Interest | L | T | | | | | |
| 15. Conn. Health 4.9 '13 | B | Interest | K | T | | | | | |
| 16. Cheshire 5.0 '10 | B | Interest | L | T | | | | | |
| 17. Conn. Housing '07 3.4 | B | Interest | K | T | Matured | 5/15 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Conn. Refunding '09 5.25 | B | Interest | K | T | | | | | |
| 19. Stratford '10 3.0 | A | Interest | K | T | | | | | |
| 20. New Haven '17 6.0 | B | Interest | K | T | | | | | |
| 21. Conn. Refunding '08 5.25 | A | Interest | J | T | | | | | |
| 22. E. Hampton '07 3.375 | B | Interest | K | T | Matured | 7/15 | K | | |
| 23. CT G.0 '08 4.875 | B | Interest | K | T | | | | | |
| 24. Univ. CT. '07 4.25 | B | Interest | K | T | Matured | 6/1 | K | | |
| 25. Meriden '11 3.75 | | None | L | T | | | | | |
| 26. UConn '10 5.0 | B | Interest | L | T | | | | | |
| 27. Stamford '10 3.0 | B | Interest | L | T | | | | | |
| 28. CT Rfdg '09 4.5 | B | Interest | L | T | | | | | |
| 29. E. Haven CT '08 3.0 | A | Interest | K | T | | | | | |
| 30. CT G.0 '10 4.9 | A | Interest | K | T | | | | | |
| 31. CT Tax '12 4.3 | A | Interest | J | T | | | | | |
| 32. Seymour CT '13 3.5 | A | Interest | K | T | | | | | |
| 33. UConn '14 5.25 | A | Interest | J | T | | | | | |
| 34. Brookfield CT '11 4.25 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CT Spl. Tax '12 5.5 | A | Interest | K | T | | | | | |
| 36. New London CT '08 5.0 | A | Interest | K | T | | | | | |
| 37. Groton '12 4.0 | B | Interest | L | T | | | | | |
| 38. CT '13 4.25 | B | Interest | L | T | | | | | |
| 39. Puerto Rico '14 5.25 | C | Interest | L | T | | | | | |
| 40. CT Refunding '11 5.5 | C | Interest | L | T | | | | | |
| 41. Shreveport LA '10 6.750 | B | Interest | K | T | Call | 9/4 | J | | |
| 42. S.E. Texas Host. '09 7.5 | B | Interest | K | T | Pt. call | 12/6 | J | | |
| 43. STOCKS: | | | | | | | | | |
| 44. Royal Dutch Petroleum | C | Dividend | M | T | | | | | |
| 45. Air Products | B | Dividend | M | T | | | | | |
| 46. Johnson Contr. | C | Dividend | N | T | | | | | |
| 47. Merck | D | Dividend | N | T | Sell part | 4/13 | M | F | |
| 48. Royce Trust | B | Dividend | L | T | Sold | 10/23 | L | | |
| 49. Cummings Engine | A | Dividend | K | T | | | | | |
| 50. Minn. Mining | B | Dividend | L | T | | | | | |
| 51. Johnson & Johnson | B | Dividend | L | T | | | | | |

1. Income Gain Codes:     A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                     P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)          U =Book Value           V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Microsoft | C | Dividend | M | T | Sell part | 10/23 | K | | |
| 53. Cisco | | None | L | T | | | | | |
| 54. Total Fina | D | Dividend | N | T | | | | | |
| 55. Devon Energy | A | Dividend | K | T | | | | | |
| 56. FNMA | A | Dividend | K | T | | | | | |
| 57. Nokia | A | Dividend | J | T | Sold | 10/23 | K | | |
| 58. Red Hat | | None | J | T | Sold | 10/23 | J | | |
| 59. Medco | | None | L | T | | | | | |
| 60. Calamos Fund | B | Dividend | L | T | | | | | |
| 61. Legg Mason Fund | A | Dividend | L | T | | | | | |
| 62. Amgen | | None | K | T | Sold | 10/23 | K | | |
| 63. GE | A | Dividend | K | T | | | | | |
| 64. Henderson Fund | A | Dividend | K | T | | | | | |
| 65. Jennison Fund | A | Dividend | K | T | | | | | |
| 66. Dreyfus Fund | A | Dividend | K | T | | | | | |
| 67. Mainstay Fund | A | Dividend | K | T | | | | | |
| 68. Arkema | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. OTHER: | | | | | | | | | |
| 70. Trust held by Schwab & Co. (Pooled Funds & State Bonds) | D | Dividend | N | T | | | | | |
| 71. ●1/2 Int. W. Htfd., CT., Condo purchased 8/9/88 $115,000 | | None | L | R | | | | | |
| 72. Thames & Hudson Royalty Contract | C | Royalty | J | W | | | | | |
| 73. ●Condo, University Park, FL purchased 4/9/99, $179,000 | C | Rent | M | R | | | | | |
| 74. AIG Annuity (IRA) | B | Interest | K | T | | | | | |
| 75. AIG Annuity (IRA) | A | Interest | J | T | | | | | |
| 76. ▇▇▇▇ Trust consisting of municipal bonds and stocks: | E | Int./Div. | P1 | T | | | | | |
| 77. - Conn. Bond '09 5.4 | | | | | | | | | |
| 78. - CT G.0. '10 5.0 | | | | | | | | | |
| 79. - Conn. HFA 4.375 '08 | | | | | | | | | |
| 80. - Conn. G.0. 5.0 '09 | | | | | | | | | |
| 81. - Conn. 5.125 '11 | | | | | | | | | |
| 82. - Conn. G.0 5.0 '11 | | | | | | | | | |
| 83. - Conn. Spl. Tax 5.0 '12 | | | | | | | | | |
| 84. - New Haven '07 4.0 | | | | | | | | | |
| 85. - Norwalk '10 4.25 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Canton '07 3.5 | | | | | | | | | |
| 87.   - Dupont | | | | | | | | | |
| 88.   - Exxon Mobil | | | | | | | | | |
| 89.   - G.E. | | | | | | | | | |
| 90.   - Norfolk Southern | | | | | | | | | |
| 91.   - M & T Bank | | | | | | | | | |
| 92.   - Pfizer | | | | | | | | | |
| 93.   - Insteel | | | | | | | | | |
| 94.   - Alexander and Baldwin | | | | | | | | | |
| 95.   - Corning | | | | | | | | | |
| 96.   - Honeywell | | | | | | | | | |
| 97.   - Lucent | | | | | | | | | |
| 98.   - Pitney Bowes | | | | | | | | | |
| 99.   - Philips | | | | | | | | | |
| 100.  - Tyco | | | | | | | | | |
| 101.  ● TRUST # 2 | | | P1 | T | | | | | |
| 102.  - Federated Govt. Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Macy S. | | | | | | | | | |
| 104. - Hanesbrands | | | | | | | | | |
| 105. - Home Depot | | | | | | | | | |
| 106. - McDonald's | | | | | | | | | |
| 107. - General Mills | | | | | | | | | |
| 108. - Pepsico | | | | | | | | | |
| 109. - Procter & Gamble | | | | | | | | | |
| 110. - Sara Lee | | | | | | | | | |
| 111. - BP Amoco | | | | | | | | | |
| 112. - American Express | | | | | | | | | |
| 113. - National City | | | | | | | | | |
| 114. - Plum Creek Timber | | | | | | | | | |
| 115. - Transatlantic Holdings | | | | | | | | | |
| 116. - St. Paul Travelers | | | | | | | | | |
| 117. - Wells Fargo | | | | | | | | | |
| 118. - Amgen | | | | | Sold part | 3/30 | K | E | |
| 119. - Baxter International | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Cigna | | | | | | | | | |
| 121. - Edwards Lifescience | | | | | | | | | |
| 122. - Medco Health Solutions | | | | | | | | | |
| 123. - TEVA Pharmaceutical | | | | | | | | | |
| 124. - Wyeth | | | | | | | | | |
| 125. - Dover | | | | | | | | | |
| 126. - Emerson Electric | | | | | | | | | |
| 127. - Textron | | | | | | | | | |
| 128. - Minnesota Mining | | | | | | | | | |
| 129. - Agilent | | | | | | | | | |
| 130. - Automatic Data | | | | | | | | | |
| 131. - Intel | | | | | | | | | |
| 132. - Microsoft | | | | | | | | | |
| 133. - Verigy | | | | | | Sold | 4/19 | J | B | |
| 134. - RPM Int'l | | | | | | | | | |
| 135. - Alltel | | | | | | Sold | 11/10 | K | E | |
| 136. - Windstream | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Dominion Resources | | | | | | | | | |
| 138. - Westport '07 4.0 | | | | | Matured | 12/3 | K | | |
| 139. - University CT '08 3.8 | | | | | | | | | |
| 140. - CT State '08 3.95 | | | | | | | | | |
| 141. - Farmington CT '08 3.5 | | | | | | | | | |
| 142. - CT State '08 3.5 | | | | | | | | | |
| 143. - University CT '09 3.35 | | | | | | | | | |
| 144. - Colchester CT '09 3.375 | | | | | | | | | |
| 145. - Stamford CT '09 4.0 | | | | | | | | | |
| 146. - CT Housing '09 3.6 | | | | | | | | | |
| 147. - Southbury CT '10 3.2 | | | | | | | | | |
| 148. - Windsor CT '10 4.0 | | | | | | | | | |
| 149. - Windsor CT '10 4.0 | | | | | | | | | |
| 150. - CT State '10 3.45 | | | | | | | | | |
| 151. - CT State '10 2.9 | | | | | | | | | |
| 152. - Cromwell CT '10 2.9 | | | | | | | | | |
| 153. - Simsbury CT '11 3.75 | | - | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Glastonbury CT '11 3.75 | | | | | | | | | |
| 155.  - Ledyard CT '11 3.5 | | | | | | | | | |
| 156.  - Waterbury CT '11 4.0 | | | | | | | | | |
| 157.  - CT State '11 4.4 | | | | | | | | | |
| 158.  - Stonington CT '11 4.0 | | | | | | | | | |
| 159.  - Bristol CT '11 3.0 | | | | | | | | | |
| 160.  - Wethersfield CT '12 3.1 | | | | | | | | | |
| 161.  - CT State '12 4.0 | | | | | | | | | |
| 162.  - Regional School 12 3.65 | | | | | | | | | |
| 163.  - Easton CT '12 3.5 | | | | | | | | | |
| 164.  - CT State '13 3.5 | | | | | | | | | |
| 165.  - CT State '13 4.0 | | | | | | | | | |
| 166.  - Regional School 13 3.75 | | | | | | | | | |
| 167.  - Orange CT '13 3.4 | | | | | | | | | |
| 168.  - Tolland CT '13 4.0 | | | | | | | | | |
| 169.  - University CT '14 3.7 | | | | | | | | | |
| 170.  - CT State '14 4.0 | | | | | | Bought | 4/27 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Glastonbury '14 3.75 | | | | | | | | | |
| 172.  - CT State '14 4.0 | | | | | | | | | |
| 173.  - South Central Water '15 4.0 | | | | | Bought | 1/31 | L | | |
| 174.  - Darien CT '12 4.8 | | | | | Sold | 4/15 | K | | |
| 175.  - Broadridge Financial | | | | | Spin off | 4/2 | J | | |
| 176.  - Broadridge Financial | | | | | Sold | 4/4 | J | | |
| 177.  - Groton CT '15 3.75 | | | | | Bought | 11/6 | L | | |
| 178.  - CT State '15 3.5 | | | | | Bought | 12/19 | K | | |
| 179.  ● TRUST #3 | | | P1 | T | | | | | |
| 180.  - Comcast | | | | | Sold part | 8/2 | J | A | |
| 181.  - Lowes | | | | | Sold | 10/30 | K | | |
| 182.  - Staples | | | | | | | | | |
| 183.  - Target | | | | | | | | | |
| 184.  - Pepsico | | | | | | | | | |
| 185.  - Procter & Gamble | | | | | | | | | |
| 186.  - Sysco | | | | | Sold | 6/27 | K | | |
| 187.  - Walgreen | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Apache | | | | | Sold part | 2/23 | K | E | |
| 189. - ExxonMobil | | | | | | | | | |
| 190. - Weatherford | | | | | Bought | 2/23 | K | | |
| 191. - Citigroup | | | | | Sold | 12/28 | K | | |
| 192. - Hartford Financial | | | | | | | | | |
| 193. - JP Morgan Chase | | | | | | | | | |
| 194. - Merrill Lynch | | | | | | | | | |
| 195. - Bank of New York | | | | | | | | | |
| 196. - Wells Fargo | | | | | | | | | |
| 197. - Abbott Labs | | | | | | | | | |
| 198. - Johnson & Johnson | | | | | | | | | |
| 199. - Medtronic | | | | | | | | | |
| 200. - Pfizer | | | | | Sold part | 11/8 | J | D | |
| 201. - Schein Henry | | | | | | | | | |
| 202. - TEVA Pharmaceutical | | | | | | | | | |
| 203. - Minnesota Mining | | | | | Sold part | 11/8 | K | E | |
| 204. - Danaher | | | | | - | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.   - Emerson Electric | | | | | | | | | |
| 206.   - G.E. | | | | | | | | | |
| 207.   - Norfolk Southern | | | | | Sold | 12/6 | K | | |
| 208.   - United Technologies | | | | | | | | | |
| 209.   - Accenture | | | | | | | | | |
| 210.   - Adobe | | | | | | | | | |
| 211.   - Automated Data Processing | | | | | | | | | |
| 212.   - Corning | | | | | | | | | |
| 213.   - Intel | | | | | | | | | |
| 214.   - IBM | | | | | | | | | |
| 215.   - Microsoft | | | | | | | | | |
| 216.   - Qualcomm | | | | | Bought | 2/23 | K | | |
| 217.   - Air Products | | | | | Sold part | 11/8 | | | |
| 218.   - Ecolab | | | | | | | | | |
| 219.   - Vodafone | | | | | Sold | 6/8 | J | B | |
| 220.   - MDV Resources | | | | | | | | | |
| 221.   - Dodger Cox Int'l Fund | | - | | | Bought | 2/21 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Fidelity Int'l Fund | | | | | | | | | |
| 223. - Federated Govt. Fund | | | | | | | | | |
| 224. - Plaquemines La. '08 3.85 | | | | | | | | | |
| 225. - Colchester CT '09 3.375 | | | | | | | | | |
| 226. - CT State '10 30 | | | | | | | | | |
| 227. - Bristol '11 3.0 | | | | | | | | | |
| 228. - CT State '11 3.125 | | | | | | | | | |
| 229. - Southbury CT '11 3.75 | | | | | | | | | |
| 230. - Wethersfield CT '12 3.1 | | | | | | | | | |
| 231. - CT State '12 4.0 | | | | | | | | | |
| 232. - Jacksonville FL '12 5.375 | | | | | | | | | |
| 233. - Regional School '12 3.65 | | | | | | | | | |
| 234. - N.J. State '13 5.7 | | | | | | | | | |
| 235. - Orange CT '13 3.4 | | | | | | | | | |
| 236. - Easton CT '13 3.625 | | | | | | | | | |
| 237. - University CT '14 3.7 | | | | | | | | | |
| 238. - Glastonbury CT '14 3.75 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  - Broadridge Financial | | | | | Spin off | 4/2 | J | | |
| 240.  - Broadridge Financial | | | | | Sold | 4/4 | J | | |
| 241.  - ATT | | | | | Bought | 6/18 | K | | |
| 242.  - Thermo Fisher | | | | | Bought | 6/19 | K | | |
| 243.  - Monsanto | | | | | Bought | 6/28 | K | | |
| 244.  - Ebdy | | | | | Bought | 7/12 | K | | |
| 245.  - General Dynamics | | | | | Bought | 12/6 | K | | |
| 246.  ● TRUST #4 | | | P1 | T | | | | | . |
| 247.  - Comcast | | | | | | | | | |
| 248.  - Staples | | | | | | | | | |
| 249.  - Target | | | | | | | | | |
| 250.  - Pepsico | | | | | | | | | |
| 251.  - Procter & Gamble | | | | | | | | | |
| 252.  - Sysco | | | | | Sold | 6/27 | K | | |
| 253.  - Walgreen | | | | | | | | | |
| 254.  - ExxonMobil | | | | | | | | | |
| 255.  - Noble | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Citigroup | | | | | | | | | |
| 257. - Hartford Financial | | | | | | | | | |
| 258. - JP Morgan Chase | | | | | | | | | |
| 259. - Bank of New York | | | | | | | | | |
| 260. - Wells Fargo | | | | | | | | | |
| 261. - Abbott Labs | | | | | | | | | |
| 262. - Advanced Medical Optics | | | | | Sold | 6/19 | J | | |
| 263. - Johnson & Johnson | | | | | | | | | |
| 264. - Medtronic | | | | | | | | | |
| 265. - Schein Henry | | | | | | | | | |
| 266. - TEVA Pharmaceutical | | | | | | | | | |
| 267. - Danaher | | | | | | | | | |
| 268. - Emerson Electric | | | | | | | | | |
| 269. - G.E. | | | | | | | | | |
| 270. - Norfolk Southern | | | | | Sold | 12/6 | K | | |
| 271. - United Technologies | | | | | | | | | |
| 272. - Accenture | | | | | | - | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  - Automatic Data Processing | | | | | | | | | |
| 274.  - Cisco | | | | | | | | | |
| 275.  - Corning | | | | | | | | | |
| 276.  - Dell | | | | | | | | | |
| 277.  - Intel | | | | | | | | | |
| 278.  - IBM | | | | | | | | | |
| 279.  - Microsoft | | | | | | | | | |
| 280.  - Ecolab | | | | | | | | | |
| 281.  - Vodafone | | | | | Sold | 6/8 | K | | |
| 282.  - MDU Resources | | | | | | | | | |
| 283.  - Dodge & Cox Int'l Fund | | | | | Bought part | 2/21 | K | | |
| 284.  - Fidelity Int'l Fund | | | | | | | | | |
| 285.  - Federated Govt. Fund | | | | | | | | | |
| 286.  - Lower CO River '07 6.25 | | | | | Matured | 5/1 | K | | |
| 287.  - Colchester CT '09 3.375 | | | | | | | | | |
| 288.  - CT State '10 3.0 | | | | | | | | | |
| 289.  - Bristol CT '11 3.0 | | - | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - CT State '11 3.8 | | | | | | | | | |
| 291. - Wethersfield CT '12 3.1 | | | | | | | | | |
| 292. - CT State '12 4.0 | | | | | | | | | |
| 293. - Regional School '12 3.65 | | | | | | | | | |
| 294. - Orange CT '13 3.4 | | | | | | | | | |
| 295. - Easton CT '13 3.625 | | | | | | | | | |
| 296. - University CT '14 3.7 | | | | | | | | | |
| 297. - Glastonbury CT '14 3.75 | | | | | | | | | |
| 298. - U.S. Treasury '18 9.0 | | | | | | | | | |
| 299. - Broadridge Financial | | | | | Spin off | 4/2 | J | | |
| 300. - Broadridge Financial | | | | | Sold | 4/4 | J | | |
| 301. - Somers CT 4.0 '10 | | | | | Bought | 6/7 | K | | |
| 302. - ATT | | | | | Bought | 6/18 | K | | |
| 303. - Thermo Fisher | | | | | Bought | 6/19 | K | | |
| 304. - Monsanto | | | | | Bought | 6/28 | J | | |
| 305. - Ebay | | | | | Bought | 7/16 | J | | |
| 306. -- General Dynamics | | | | | Bought | 12/6 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. ● IRA consisting of Stocks and Corporate Bonds: | | | P1 | T | | | | | |
| 308. - Walt Disney | | | | | | | | | |
| 309. - Home Depot | | | | | Sold | 5/24 | K | E | |
| 310. - McDonalds | | | | | Sold part | 10/30 | J | A | |
| 311. - Staples | | | | | | | | | |
| 312. - McCormick | | | | | Sold | 10/30 | J | A | |
| 313. - Pepsico | | | | | | | | | |
| 314. - Procter & Gamble | | | | | | | | | |
| 315. - Sysco | | | | | Sold | 6/27 | K | A | |
| 316. - ExxonMobil | | | | | | | | | |
| 317. - Hartford Financial | | | | | | | | | |
| 318. - Bank of New York | | | | | | | | | |
| 319. - Amgen | | | | | Sold | 3/20 | K | E | |
| 320. - Johnson & Johnson | | | | | | | | | |
| 321. - Medtronic | | | | | | | | | |
| 322. - Emerson Electric | | | | | | | | | |
| 323. - G.E. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  - Automated Data | | | | | Spinoff part | 4/2 | J | | |
| 325.  - Dell | | | | | | | | | |
| 326.  - Intel | | | | | | | | | |
| 327.  - I.B.M. | | | | | | | | | |
| 328.  - Microsoft | | | | | Sold part | 5/24 | K | D | |
| 329.  - Oracle | | | | | | | | | |
| 330.  - First Data | | | | | Sold | 4/3 | K | | |
| 331.  - DuPont | | | | | Sold | 5/24 | K | B | |
| 332.  - Ecolab | | | | | | | | | |
| 333.  - Verizon | | | | | | | | | |
| 334.  - Vodafone | | | | | Sold | 6/8 | K | D | |
| 335.  - Federated Govt. Fund | | | | | | | | | |
| 336.  - FHLMC '07 3.5 | | | | | Matured | 9/9 | K | | |
| 337.  - FHLB '08 3.625 | | | | | | | | | |
| 338.  - FHLB '10 4.6 | | | | | Call | 12/31 | K | | |
| 339.  - FHLB '12 4.950 | | | | | | | | | |
| 340.  - Morgan Stanley '09 3.875 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. - Anheuser Busch '10 5.625 | | | | | | | | | |
| 342. - First Data '11 5.625 | | | | | Sold | 12/24 | K | | |
| 343. - Prudential '11 5.1 | | | | | Bought | 3/20 | K | | |
| 344. - Goldman Sachs '12 5.7 | | | | | | | | | |
| 345. - First Data '13 4.7 | | | | | | | | | |
| 346. - Kimberly Clark '13 5.0 | | | | | | | | | |
| 347. - Pitney Bowes '14 4.875 | | | | | Bought | 3/20 | K | | |
| 348. - Broadridge Financial | | | | | Spin off | 4/2 | K | | |
| 349. - Broadridge Financial | | | | | Sold | 4/4 | K | | |
| 350. - Abbott Labs | | | | | Bought | 5/24 | K | | |
| 351. - United Technologies | | | | | Bought | 5/24 | K | | |
| 352. - Danaher Corp. | | | | | Bought | 5/24 | K | | |
| 353. - Citadel Broadcasting | | | | | Spin off | 6/13 | J | | |
| 354. - Citadel Broadcasting | | | | | Sold | 6/21 | J | A | |
| 355. - ATT | | | | | Bought | 6/18 | K | | |
| 356. - Thermo Fisher | | | | | Bought | 6/19 | J | | |
| 357. - Monsanto | | | | | Bought | 6/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes, (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  - Dodge & Cox Fund | | | | | Bought | 9/5 | K | | |
| 359.  - CVS | | | | | Bought | 9/7 | K | | |
| 360.  - G.E. '14 5.65 | | | | | Bought | 9/7 | K | | |
| 361.  - Target | | | | | Bought | 10/30 | K | | |
| 362.  - Boeing | | | | | Bought | 11/16 | K | | |
| 363.  - Walt Disney '11 5.7 | | | | | Bought | 12/26 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII:

Lines 4, 4, 101-363:  These items, of which ████ is either the owner or the trustee, became reportable on my 2007 report upon my marriage to her on January 1, 2007.

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 03/25/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544